UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ADAM A. SHAKOOR, Administrator of the
Estate of EDWARD HICKS, JR. Deceased.

                Plaintiff,

vs.                                                        Case No. 08-14136
                                                        Honorable Patrick J. Duggan

WARREN EVANS, Wayne County Sheriff in his     Magistrate Judge Mona K Majzou
official capacity, JOHN DOE I, Wayne County
Sheriff's Deputy in his individual and official
capacity, JOHN DOE II, Wayne County Sheriff's
Deputy in his individual capacity, JOHN DOE III,
Wayne County Sheriff's Deputy in his individual capacity,
Investigator BARBARA SIMON, Detroit Police
Department,
jointly and severally,

                Defendants.
_____/

| | |
|---|---|
| Hugh M. Davis (P12555) | Sharon D. Blackmon  (P30940) |
| Cynthia Heenan (P53664) | Detroit City Law Department |
| Constitutional Litigation Associates, P.C. | Attorneys for Defendant Simon |
| Attorneys for Plaintiff | 660 Woodward Avenue, Suite 1650 |
| 450 W. Fort Street, Suite 200 | Detroit, MI 48226-3491 |
| Detroit, Michigan 48226 | 313-224-4550/Fax: 313-224-5505 |
| 313-961-2255/Fax: 313-961-5999 | blacs@law.ci.detroit.mi.us |
| conlitpc@sbcglobal.net | |
| | Wayne County Corporation Counsel |
| | Margaret M. Flanagan (P52352 |
| | Attorneys for Defendant Evans |
| | 600 Randolph, Second Floor |
| | Detroit, MI  48226 |
| | 313-224-5030/Fax: 313-967-3309 |
| | mflanaga@co.wayne.mi.us |

_____/

**STIPULATED ORDER TO DISMISS CASE**

It is hereby stipulated and agreed by the respective attorneys for the parties herein that this case may be dismissed with prejudice and without costs or attorney's fees to any party.

Constitutional Litigation Associates, P.C.

By: s/ Hugh M. Davis
Hugh M. Davis, P12555
Attorneys for Plaintiff
Dated:  December 2, 2009

City of Detroit

By:s/Sharon D. Blackmon with consent
Sharon D. Blackmon, P30940
Attorneys for Defendant Simon
Dated:  December 2, 2009

Wayne County Corporation Counsel

By: s/Margaret M. Flanagan with consent
Margaret M. Flanagan, P52352
Attorneys for Defendant Evans
Dated: December 2, 2009

`

# IT IS SO ORDERED.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: December 3, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 3, 2009,by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager

*F:\Cases\Hicks, Edward\Pldgs\S & O Dismissal.doc*